# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| OLEN W. BRAMLETT, 694397, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | 3:05-CV-2394-K |
| | § | ECF |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS DIVISION | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this   9th   day of  January  , 2006.


     s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE